

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN V. CAPPUCCIO,<br>          Plaintiff,<br>vs.<br><br>PRIME CAPITAL FUNDING, LLC<br>and<br>KIRK AYZENBERG<br>and<br>AMERICA'S WHOLESALE LENDER<br>and<br>COUNTRYWIDE BANK, NA<br>and<br>COUNTRYWIDE HOME LOANS SERVICING, L.P.<br>and<br>FIRST MAGNUS FINANCIAL CORPORATION<br>and<br>HOMECOMINGS FINANCIAL, L.L.C., a GMAC Company<br>and<br>MAK ABSTRACT<br>and<br>E*TRADE d/b/a E*TRADE FINANCIAL CORPORATE SERVICES, INC. and E*TRADE MORTGAGE CORP.,<br>          Defendants. | CIVIL ACTION NO. 07-CV-04627(JS)<br><br> |

## JUDGMENT IN FAVOR OF
## HOMECOMINGS FINANCIAL AND E*TRADE

A verdict having been returned by the Jury on September 25, 2008 against Plaintiff and in favor of Homecomings Financial LLC and E*Trade d/b/a E*Trade Finance Corporate Services, Inc. and E*Trade Mortgage Corp. (collectively "E*Trade") on Plaintiff's Truth-in-Lending Act claims asserted against defendant E*Trade in the above-captioned action, it is hereby

**ORDERED** on this 13th day of March 2009, that Judgment is entered on the Jury's Verdict in favor of E*Trade and against Plaintiff.

This Judgment shall be docketed of record forthwith.

BY THE COURT:

Juan R. Sánchez, U.S.D.J.